UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WOODLAND HARVESTING, INC.,

      Plaintiff,

                                  Case No. 09-10736
-vs-                             Hon:  AVERN COHN

GEORGIA-PACIFIC CORPORATION,

      Defendant.

_____/

## SCHEDULING ORDER

This is a commercial dispute.  On May 09, 2011, the Court held a status conference in this case.  This order memorializes the rulings that the Court made at the conference.

1.     The case is set for trial on Monday, November 14, 2011, at 9:00 am.

2.     At least thirty (30) days prior to trial, each party shall lodge with the Court:

     (A)    a list of witnesses to be called at trial;

     (B)    an exhibit list numbered for trial, together with a book of the listed exhibits;

     (C)    a verdict form;

     (D)    a set of the instructions on the law of the case consistent with the verdict form; and

     (E)    an itemized list of the damages plaintiff suffered to be asked of the jury.

4.     The parties have some discovery disputes.  To expedite consideration by the Court, each party within ten (10) days shall lodge with the Court a proposed order reflecting in detail its outstanding discovery requests.

5.      The Court understands that the issue in this case is plaintiff's claim for damages against defendant on a theory of promissory estoppel relating to the expenses it incurred incident to its start-up for the manufacture of wood chips for defendant.

Any objections to this order shall be filed with the Court within five (5) days.

SO ORDERED.


                                        S/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE


Dated:  May 12, 2011


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 12, 2011, by electronic and/or ordinary mail.


                                        S/Julie Owens
                                        Case Manager, (313) 234-5160

2