UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WOODLAND HARVESTING, INC.,

    Plaintiff,

-vs-

                                                                       Case No. 09-10736
                                                                     Hon:  AVERN COHN

GEORGIA-PACIFIC CORPORATION,

    Defendant.

_____/

## ORDER REGARDING DISCOVERY

      This is a commercial dispute.  The parties are having difficulty agreeing on the scope of discovery.  To resolve their differences, each party lodged with the Court a proposed order.  The Court held a status conference on June 01, 2011, at which it defined the scope of discovery as follows:

      1.     Defendant is required to produce within thirty (30) days documents relating to the purchase of defendant by Koch Industries which references the future of the particle board and consumer products business of defendant.

      2.     Plaintiff is required to produce within thirty (30) days an itemized statement of its damages and supporting financial papers.

      3.     Plaintiff is required to produce within thirty (30) days a list of witnesses to be called to testify at trial, along with a brief summary of the testimony of the witness to be offered at trial.

4.	Plaintiff is required to produce within thirty (30) days documents relating to its purchase of the log sorting production line and stumpage acreage in anticipation of the sale of wood particles to defendant.

SO ORDERED.

                                            S/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

Dated:  June 3, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 3, 2011, by electronic and/or ordinary mail.

                                            S/Julie Owens
                                            Case Manager, (313) 234-5160